AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**EVELYN M. INKMAN,**

        Plaintiff,

        V.        CASE NUMBER: **07-C-164**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that plaintiff is not disabled is AFFIRMED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|    October 5, 2007 | JON W. SANFILIPPO |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |